JL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ernest Grekov,<br>Petitioner,<br>v.<br>Eric Rokosky,<br>Respondent. | No. CV-26-02672-PHX-MTL (JFM)<br><br>**ORDER** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention.

Petitioner does not state when or how he entered the United States but states he has been in immigration detention since February 12, 2025. On November 17, 2025, an Immigration Judge denied Petitioner's request for asylum, withholding of removal, and protection under the Convention Against Torture and ordered him removed to Russia. Petitioner appealed the decision to the Board of Immigration Appeals, and his appeal remains pending.

The Supreme Court has determined there is no statutory right to periodic bond hearings for aliens detained during the pendency of removal proceedings. *Jennings v. Rodriguez*, 583 U.S. 281, 297 (2018) ("Until [removal proceedings end] nothing in the statutory text imposes any limit on the length of detention. And neither § 1225(b)(1) nor § 1225(b)(2) says anything whatsoever about bond hearings."). And while *Jennings* did not address whether such a right exists under the Constitution, the Supreme Court

subsequently held that an alien unlawfully present in the United States "has only those rights regarding admission that Congress has provided by statute." *Dep't of Homeland Sec. v. Thuraissigiam*, 591 U.S. 103, 140 (2020); *see also Espinoza Lopez v. Noem*, CV-26-00345 (JHR), 2026 WL 266597, at *3 (S.D.N.Y. Feb. 2, 2026). Based on his allegations, the Court finds Petitioner is subject to mandatory detention and, therefore, not entitled to a bond hearing under statutory or constitutional authority. The Court will dismiss the Petition without prejudice.

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus (Doc. 1) is **denied**. The Clerk of Court must enter judgment accordingly and close this case.

Dated this 21st day of April, 2026.

Michael T. Liburdi
Michael T. Liburdi
United States District Judge